# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 MAY -2 PM 3:08

DEPUTY CLERK

**Plaintiff:** Amena Williams

**v.**

**Defendant:** Methodist Hospital of Dallas

**Civil Action No.** 317-CV1156-L

### COMPLAINT

I went to the Hospital on Jan. 2, 2017 for Breathing Problems. There was a Blood Gas test ordered. When the Tech Stuck me in my wrist, she hit my nerve cause my wrist to swell up. I asked her to Stop. She continued to stick the nerve. I do not have much feeling in fingers and there is Pain in the wrist.

* Attach additional pages as needed.

**Date:** April 26, 2017
**Signature:** Amena Will[iams]
**Print Name:** Amena Williams
**Address:** P.O. Box 125
**City, State, Zip:** Spring TX 77383
**Telephone:** 281-687-4961

# UNITED STATES DISTRICT COURT
для the
_____ District of _____

_____ Division

Amena Williams
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Methodist Hospital of Dallas
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

) Case No. _____
) *(to be filled in by the Clerk's Office)*
)
)
) Jury Trial: *(check one)* [X] Yes [ ] No
)
)
)
)
)
)
)
)
)
)

# COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Amena Williams |
| Street Address | P.O. Box 125 |
| City and County | Spring TX Harris |
| State and Zip Code | Texas |
| Telephone Number | 281-687-4961 |
| E-mail Address | amenagrant75@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Amena Williams
P.O. Box 125
Spring, TX 77383

**(b)** County of Residence of First Listed Plaintiff: **Harris**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

**317-CV1156-L**

## DEFENDANTS
Methodist Hospitals of Dallas

County of Residence of First Listed Defendant: **Dallas**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*: CT Corporation, 1999 Bryan St #900, Dallas, TX 75201

RECEIVED MAY -2 2017 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question
- [ ] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT
[X] 362 Personal Injury - Medical Malpractice

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: **Tex. Civ. Prac. + Rem. Code, Title 2 Section 16.003**
Brief description of cause: **Plaintiff injured by Tech in emergency room by Tech during visit**

## VII. REQUESTED IN COMPLAINT:
DEMAND $ **150,000**
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Anona Williams
P.O. Box 105
Spring, TX 77383

United States District Court
Northern District Of Texas
1100 Commerce Street Room
Dallas, TX 75242

7016 3010 0000 1943 2401

RECEIVED
MAY - 2 2017
MAILROOM



CERTIFIED MAIL

APR 27. 17
AMOUNT
$4.54
R2305P151713-02
75242



UNITED STATES
POSTAL SERVICE

1000